UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHANIEL PEREZ E GONZALEZ,

Plaintiff,

-against-

THE CITY OF NEW YORK, ET AL.,

Defendants.

25-cv-8691 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 22, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    January 28, 2026
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge